IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                                                          No. 11-cr-30167-DRH-1

**EMMETT O. YOUNG, JR.,**

    **Defendant.**

## ORDER

**HERNDON, District Judge:**

    This matter comes before the Court for case management. Defendant Emmett O. Young, Jr. is currently scheduled to report to the Bureau of Prisons on March 23, 2016. However, on March 10, 2016, Young suffered a brain aneurysm and was admitted to the Surgical & Neurosciences Intensive Care Unit SNICU at University of Iowa Hospitals and Clinics in Iowa City, IA. At the time, Young was outside of this district with Sherry Simmons, his girlfriend, to visit with her ailing mother in Rock Island, Illinois, in apparent violation of the conditions of his bond. Thus, upon learning of these facts, the Court *sua sponte* **GRANTS** Defendant Young a three month extension to report to the Bureau of Prisons. The Court **EXTENDS** defendant's reporting date to June 21, 2016.

    Additionally, University of Iowa Hospitals and Clinics is **ORDERED** to notify the Court when Young is discharged from their care, and at that time, provide a discharge diagnosis and prognosis. In order to accomplish this, the

hospital shall send a copy of said report to the undersigned at 750 Missouri Avenue, East Saint Louis, IL 62201. Further, counsel for the defendant is **ORDERED** to inform the Court of any reason why the defendant is unable to meet the obligation to report as ordered on the extended date (June 21, 2016).

Finally, the Clerk is **DIRECTED** to mail a copy of this order to the Bureau of Prisons at Marion and the SNICU at University of Iowa Hospitals and Clinics in Iowa City, IA. The address for the SNICU at University of Iowa Hospitals and Clinics is listed below:

> Surgical & Neurosciences Intensive Care Unit
> University of Iowa Hospitals and Clinics
> 5JPP
> 200 Hawkins Drive
> Iowa City, IA 52242

**IT IS SO ORDERED.**

Signed this 21st day of March, 2016.

Digitally signed by Judge David R. Herndon
Date: 2016.03.21 13:17:48 -05'00'

**United States District Judge**